# Court of Appeals
# of the State of Georgia

ATLANTA,_October 15, 2014_____

*The Court of Appeals hereby passes the following order:*

## A15A0290.  TRISH MALONE v. MARY MACKZO.

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, defendant Trish Malone appealed the magistrate court's decision to the state court. The state court also ruled in the plaintiff's favor, and Malone then filed this direct appeal. We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Malone was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____10/15/2014_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*